```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 20-00647-HWV
Ian Scott Myrl Trump                                                Chapter 7
Christine Alyse Trump
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke          Page 1 of 2          Date Rcvd: Feb 24, 2020
                              Form ID: 309A            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db/jdb         +Ian Scott Myrl Trump,    Christine Alyse Trump,    50 Rebecca Dr,    York Haven, PA 17370-8901
5304193        +CGA Law Firm,    135 N. George Street,    York, PA 17401-1132
5304191       #+Carrington Mortgage Se,    15 Enterprise St,    Aliso Viejo, CA 92656-2653
5304195        +Edfinancial Services L,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
5304197        +First Capitol Cr Union,    Po Box 7746,    York, PA 17404-0746
5304202        +Santander Bank Na,    Po Box 841002,    Boston, MA 02284-1002
5304203        +Sequium Asset Solution,    1130 Northchase Pkwy,    Marietta, GA 30067-6413
5304205        +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2720
5304206        +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dmcutaia@gmail.com Feb 24 2020 19:53:35       Dawn Marie Cutaia,
                 Pugh and Cutaia, PLLC,    115 E. Philadelphia Street,    York, PA 17401
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 24 2020 19:54:09       United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr             +EDI: PRA.COM Feb 25 2020 00:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5304189        +EDI: CAPITALONE.COM Feb 25 2020 00:28:00       Cap1/hlzbg,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
5304190        +EDI: CAPITALONE.COM Feb 25 2020 00:28:00       Capital One Bank Usa N,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
5304192        +E-mail/Text: bankruptcy@cavps.com Feb 24 2020 19:54:21       Cavalry Portfolio Serv,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
5304194        +EDI: DISCOVER.COM Feb 25 2020 00:28:00       Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
5304196        +E-mail/Text: bknotice@ercbpo.com Feb 24 2020 19:54:13       Enhanced Recovery Co L,
                 Po Box 57547,    Jacksonville, FL 32241-7547
5304198        +EDI: CHASE.COM Feb 25 2020 00:28:00      Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850-5369
5304199        +E-mail/Text: unger@members1st.org Feb 24 2020 19:54:34       Members 1st Fcu,    5000 Louise Dr,
                 Mechanicsburg, PA 17055-4899
5304200        +E-mail/Text: Bankruptcies@nragroup.com Feb 24 2020 19:54:37       National Recovery Agen,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5304201         EDI: PRA.COM Feb 25 2020 00:28:00      Portfolio Rc,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
5304204        +EDI: RMSC.COM Feb 25 2020 00:28:00       Syncb/care Credit,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
5304300        +EDI: RMSC.COM Feb 25 2020 00:28:00       Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1            User: AutoDocke            Page 2 of 2            Date Rcvd: Feb 24, 2020
                                Form ID: 309A              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:

        Dawn Marie Cutaia    on behalf of Debtor 2 Christine Alyse Trump dmcutaia@gmail.com, cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com

        Dawn Marie Cutaia    on behalf of Debtor 1 Ian Scott Myrl Trump dmcutaia@gmail.com, cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com

        Lawrence V. Young (Trustee)    lyoung@cgalaw.com, pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com

        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 4

| | | |
|---|---|---|
| Information to identify the case: | | |
| Debtor 1: | Ian Scott Myrl Trump<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–0540<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Christine Alyse Trump<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–7544<br>EIN: __–_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: 7    2/23/20 |
| Case number: | 1:20-bk-00647-HWV | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ian Scott Myrl Trump | Christine Alyse Trump |
| 2. | **All other names used in the last 8 years** | | fka Christine Sullivan |
| 3. | **Address** | 50 Rebecca Dr<br>York Haven, PA 17370 | 50 Rebecca Dr<br>York Haven, PA 17370 |
| 4. | **Debtor's attorney**<br>Name and address | Dawn Marie Cutaia<br>Pugh and Cutaia, PLLC<br>115 E. Philadelphia Street<br>York, PA 17401 | Contact phone 717–304–1841<br>Email: dmcutaia@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | | Contact phone _____<br>Email: NONE |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101–1737 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901–2800  Date: 2/24/20 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 25, 2020 at 01:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification and proof of social security number are required *** | Location:  **York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/24/20** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |