Certificate Number: 14912-PAM-DE-034147275

Bankruptcy Case Number: 20-00647


14912-PAM-DE-034147275

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2020, at 9:17 o'clock PM EST, Ian Trump completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 26, 2020      By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor