Certificate Number: 14912-PAM-DE-034147276

Bankruptcy Case Number: 20-00647



14912-PAM-DE-034147276

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2020, at 9:17 o'clock PM EST, Christine Trump completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   February 26, 2020        By:   /s/Jai Bhatt

                                 Name: Jai Bhatt

                                 Title: Counselor