```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                     Case No. 20-00647-HWV
Ian Scott Myrl Trump                                       Chapter 7
Christine Alyse Trump
        Debtors               CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke          Page 1 of 2           Date Rcvd: Feb 25, 2020
                              Form ID: nttterej        Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
```
db/jdb         +Ian Scott Myrl Trump,    Christine Alyse Trump,    50 Rebecca Dr,    York Haven, PA 17370-8901
5304193        +CGA Law Firm,    135 N. George Street,     York, PA 17401-1132
5304191        #+Carrington Mortgage Se,    15 Enterprise St,     Aliso Viejo, CA 92656-2653
5304195        +Edfinancial Services L,    120 N Seven Oaks Drive,     Knoxville, TN 37922-2359
5304197        +First Capitol Cr Union,    Po Box 7746,    York, PA 17404-0746
5304198        +Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850-5369
5304202        +Santander Bank Na,    Po Box 841002,    Boston, MA 02284-1002
5304203        +Sequium Asset Solution,    1130 Northchase Pkwy,     Marietta, GA 30067-6413
5304205        +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2720
5304206        +Us Dept Of Ed/glelsi,    2401 International Lane,     Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 20:08:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5304189        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 19:57:37      Cap1/hlzbg,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
5304190        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 19:57:37
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
5304192        +E-mail/Text: bankruptcy@cavps.com Feb 25 2020 19:45:01      Cavalry Portfolio Serv,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
5304194        +E-mail/Text: mrdiscen@discover.com Feb 25 2020 19:44:31      Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
5304196        +E-mail/Text: bknotice@ercbpo.com Feb 25 2020 19:44:56      Enhanced Recovery Co L,
                 Po Box 57547,    Jacksonville, FL 32241-7547
5304199        +E-mail/Text: unger@members1st.org Feb 25 2020 19:45:08      Members 1st Fcu,    5000 Louise Dr,
                 Mechanicsburg, PA 17055-4899
5304200        +E-mail/Text: Bankruptcies@nragroup.com Feb 25 2020 19:45:13      National Recovery Agen,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5304201         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 19:47:05      Portfolio Rc,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502
5304204        +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 19:46:50      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
5304300        +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 19:46:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
```
              Dawn Marie Cutaia    on behalf of Debtor 2 Christine Alyse Trump dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Ian Scott Myrl Trump dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
```

```
District/off: 0314-1           User: AutoDocke           Page 2 of 2                Date Rcvd: Feb 25, 2020
                               Form ID: nttterej         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
                                                                                                TOTAL: 4
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Ian Scott Myrl Trump, <br> **Debtor 1** <br><br> Christine Alyse Trump, <br> fka Christine Sullivan, <br> **Debtor 2** | Chapter 7 <br><br> Case No. 1:20−bk−00647−HWV |

## Notice

You may have previously received a Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines in the case noted above. Please disregard the previously received notice due to the Appointed Trustee having rejected the appointment to the case.

Steven M. Carr (Trustee) has been appointed as the successor Trustee and a new Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines is attached hereto.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CynthiaBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 25, 2020 |

nttterej(05/18)