In re:                                                              Case No. 20-00647-HWV
Ian Scott Myrl Trump                                               Chapter 7
Christine Alyse Trump
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke        Page 1 of 2                    Date Rcvd: Apr 03, 2020
                              Form ID: ntcovid       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
db/jdb        +Ian Scott Myrl Trump,    Christine Alyse Trump,    50 Rebecca Dr,    York Haven, PA 17370-8901
5304193       +CGA Law Firm,    135 N. George Street,    York, PA 17401-1132
5304191       #+Carrington Mortgage Se,    15 Enterprise St,    Aliso Viejo, CA 92656-2653
5304195       +Edfinancial Services L,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
5304197       +First Capitol Cr Union,    Po Box 7746,    York, PA 17404-0746
5304202       +Santander Bank Na,    Po Box 841002,    Boston, MA 02284-1002
5304203       +Sequium Asset Solution,    1130 Northchase Pkwy,    Marietta, GA 30067-6413
5304205       +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2720
5304206       +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 21:27:54
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5304189       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 21:25:49      Cap1/hlzbg,
               Po Box 30253,    Salt Lake City, UT 84130-0253
5304190       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 21:27:42
               Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
5304192       +E-mail/Text: bankruptcy@cavps.com Apr 03 2020 21:35:01      Cavalry Portfolio Serv,
               500 Summit Lake Drive,    Valhalla, NY 10595-2322
5304194       +E-mail/Text: mrdiscen@discover.com Apr 03 2020 21:32:45      Discover Fin Svcs Llc,    Pob 15316,
               Wilmington, DE 19850-5316
5304196       +E-mail/Text: bknotice@ercbpo.com Apr 03 2020 21:34:42      Enhanced Recovery Co L,
               Po Box 57547,    Jacksonville, FL 32241-7547
5304198        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 03 2020 21:27:36      Jpmcb Card,
               Po Box 15369,    Wilmington, DE 19850
5304199       +E-mail/Text: unger@members1st.org Apr 03 2020 21:36:15      Members 1st Fcu,    5000 Louise Dr,
               Mechanicsburg, PA 17055-4899
5304200       +E-mail/Text: Bankruptcies@nragroup.com Apr 03 2020 21:36:39      National Recovery Agen,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
5304201        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 21:26:02      Portfolio Rc,
               120 Corporate Blvd Ste 100,    Norfolk, VA 23502
5304204       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:27:19      Syncb/care Credit,
               C/o Po Box 965036,    Orlando, FL 32896-0001
5304300       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:27:20      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                      Signature:   /s/Joseph Speetjens


─────────────────────────────────────────────────────────────────────

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
        Dawn Marie Cutaia    on behalf of Debtor 2 Christine Alyse Trump dmcutaia@gmail.com,
            cutaialawecf@gmail.com:3479@notices.nextchapterbk.com:r46159@notify.bestcase.com
        Dawn Marie Cutaia    on behalf of Debtor 1 Ian Scott Myrl Trump dmcutaia@gmail.com,
            cutaialawecf@gmail.com:3479@notices.nextchapterbk.com:r46159@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James  Warmbrodt    on behalf of Creditor   Carrington Mortgage Services, LLC
           bkgroup@kmllawgroup.com
          Steven M. Carr (Trustee)    stevecarr8@comcast.net,  pa31@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ian Scott Myrl Trump,

**Debtor 1**

Christine Alyse Trump,
fka Christine Sullivan,

**Debtor 2**

Chapter     7

Case No.     1:20–bk–00647–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting will be held telephonically, refer to the call–in instructions. | Date: May 6, 2020 <br><br> Time: 02:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 3, 2020 |

ntcovid (04/18)

# CALL–IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
## (Effective March 30, 2020)

On March 16, 2020, the United States Trustee for Regions 3 & 9 issued a notice continuing all in–person chapter 7, 12, and 13 section 341 meetings scheduled through April 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means. The March 16, 2020 notice by the United States Trustee is hereby amended such that the continuance of in–person section 341 meetings is extended beyond April 10, 2020 until further notice.

Given the foregoing, this notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up–to–date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call–In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call–in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch–tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call–In Number | Passcode |
|---|---|---|
| Steven Carr | 1–888–282–8246 | 8589279 |
| Mark Conway | 1–866–773–1875 | 5761176 |
| Lawrence Frank | 1–866–724–5066 | 1380190 |
| Leon Haller | 1–866–507–4642 | 2179536 |
| John Martin | 1–866–809–8952 | 7685517 |
| William Schwab | 1–866–707–7516 | 4801433 |
| Robert Sheils | 1–866–714–3930 | 1832207 |
| Lawrence Young | 1–866–453–7506 | 2896054 |