```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 20-00647-HWV
Ian Scott Myrl Trump                                            Chapter 7
Christine Alyse Trump
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: admin               Page 1 of 2        Date Rcvd: May 29, 2020
                             Form ID: 318              Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
```
db/jdb       +Ian Scott Myrl Trump,    Christine Alyse Trump,    50 Rebecca Dr,    York Haven, PA 17370-8901
5304193      +CGA Law Firm,    135 N. George Street,    York, PA 17401-1132
5304195      +Edfinancial Services L,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
5304197      +First Capitol Cr Union,    Po Box 7746,    York, PA 17404-0746
5304202      +Santander Bank Na,    Po Box 841002,    Boston, MA 02284-1002
5304203      +Sequium Asset Solution,    1130 Northchase Pkwy,    Marietta, GA 30067-6413
5304205      +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2720
5304206      +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +EDI: PRA.COM May 29 2020 23:23:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
5304189      +EDI: CAPITALONE.COM May 29 2020 23:23:00      Cap1/hlzbg,    Po Box 30253,
               Salt Lake City, UT 84130-0253
5304190      +EDI: CAPITALONE.COM May 29 2020 23:23:00      Capital One Bank Usa N,    Po Box 30281,
               Salt Lake City, UT 84130-0281
5304192      +E-mail/Text: bankruptcy@cavps.com May 29 2020 19:26:51      Cavalry Portfolio Serv,
               500 Summit Lake Drive,    Valhalla, NY 10595-2322
5304194      +EDI: DISCOVER.COM May 29 2020 23:23:00      Discover Fin Svcs Llc,    Pob 15316,
               Wilmington, DE 19850-5316
5304196      +E-mail/Text: bknotice@ercbpo.com May 29 2020 19:26:48      Enhanced Recovery Co L,
               Po Box 57547,    Jacksonville, FL 32241-7547
5304198       EDI: JPMORGANCHASE May 29 2020 23:23:00      Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850
5304199      +E-mail/Text: unger@members1st.org May 29 2020 19:26:56      Members 1st Fcu,    5000 Louise Dr,
               Mechanicsburg, PA 17055-4899
5304200      +E-mail/Text: Bankruptcies@nragroup.com May 29 2020 19:26:58      National Recovery Agen,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
5304201       EDI: PRA.COM May 29 2020 23:23:00      Portfolio Rc,    120 Corporate Blvd Ste 100,
               Norfolk, VA 23502
5304204      +EDI: RMSC.COM May 29 2020 23:23:00      Syncb/care Credit,    C/o Po Box 965036,
               Orlando, FL 32896-0001
5304300      +EDI: RMSC.COM May 29 2020 23:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5304191     ##+Carrington Mortgage Se,    15 Enterprise St,    Aliso Viejo, CA 92656-2653
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
              Dawn Marie Cutaia    on behalf of Debtor 2 Christine Alyse Trump dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Ian Scott Myrl Trump dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                               TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ian Scott Myrl Trump | Social Security number or ITIN xxx–xx–0540 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Christine Alyse Trump | Social Security number or ITIN xxx–xx–7544 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–00647–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ian Scott Myrl Trump

Christine Alyse Trump
fka Christine Sullivan

**By the court:**

5/29/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2