```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                        Case No. 20-00647-HWV
Ian Scott Myrl Trump                                          Chapter 7
Christine Alyse Trump
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: admin           Page 1 of 1           Date Rcvd: Jun 01, 2020
                            Form ID: fnldecac     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
db/jdb        +Ian Scott Myrl Trump,   Christine Alyse Trump,   50 Rebecca Dr,   York Haven, PA 17370-8901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:
              Dawn Marie Cutaia    on behalf of Debtor 2 Christine Alyse Trump dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Ian Scott Myrl Trump dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor   Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ian Scott Myrl Trump, | Chapter 7 |
| **Debtor 1** | |
| | Case No. 1:20−bk−00647−HWV |
| Christine Alyse Trump, fka Christine Sullivan, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−0540    xxx−xx−7544

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 29, 2020

BY THE COURT
By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)